APPEAL No 014-13-00630-CR

In The

14th Court of Appeals

At Houston, Texas

Lash Adarrin Scott
Appellant

V

The State of Texas
Appellee

FILED IN
COURT OF CRIMINAL APPEALS

FEB 10 2015

Abel Acosta, Clerk

Appeal of Case Number 1371641, From
the 183RD Judicial District Court of HARRIS County

First motion For Extension of Time to File
Appellants Pro Se Brief or Response to Anders Brief

To The Honorable Justice of the Court of Appeals

Comes now LASH A. Scott, Appellant Pro
Se, And Respectfully moves the Court to extend the
deadline For Filing his Brief (or Response) By (30)
Thirty Days, In support Appellant would Show the
Following.

## I.

On June 27th, 2013 the Jury (or Judge) Found
Appellant guilty of Felony Possession with
Intent to deliver A Controlled substance, The Judge

Assessed Punishment At __25__ Years Imprisonment In The TEXAS Department Of Criminal Justice.

## II

On __Jan. 6th, 2015__, Appellant Received Notice By mail, that his Attorney (Appeal) Filed And Anders Brief on his Behalf And notice that Appellant Had A Right to File A Pro SE Brief or Response to the Anders Brief.

## III.

On __Jan. 6th, 2015__, the Appellate Record was First made Available to Appellant. The Deadline For Filing Appellants Brief or Response Is __04-06-2015__.

## IV.

This is Appellants First Request For Extension. Appellant is unable to meet the Deadline; I.E., limited Access to Law Library to A Few Hours A Day, limited Legal Knowledge, There By Slowing Down my Research, (Etc.)

## V

For the Reasons stated Above, Appellant Respectfully Requests An Additional (30) Thirty Days to Complete Pro SE Brief in Support of Appellants Appeal.

## VI.

Appellant Prays that the Court grant this motion And Extend the time to File Appellants Pro SE

Brief or Response By (30) Thirty Days Extending the Deadline to <u>60 DAys, 04-06-2015</u>.

Respectfully Submitted

<u>Scott A. Scott #1867339</u>

Appellant Pro Se:

<u>Address: 4304 Hwy 202</u>
<u>BEEville, TX, 78102</u>

# Certificate of Service

I Hereby Certify that on DEC, 23 ,20 14 , A a True And Correct Copy of Appellants motions for Extension to File Appeal, his Brief or Response was mailed to the Attorney For the State By U.S. Mail Address to Juan M. Contreras Jr. Attorney At Law , AT 102 S. Lockwood Houston, TX 77011 .

_____

Appellant Pro Se

I _____ ,TDCJ # 1869339 , Being presently Incarcerated in the Garza East Unit At The Texas Department of Criminal Justice Institutional Division in Beeville , County Texas, Verify And Declare under penalty of Perjury that the Foregoing Statements Are true And Correct.

Executed on this the 01 Day of 31st , 20 15 .

Sign _____

Print Lash A. Scott Pro Se

Address:
4304 Hwy 202
Beeville, TX. 78102

_____

_____

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

LASH A. Scott #1867339 (E3-26)
4304 Hwy 202
Beeville, TX. 78102

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
02 FEB 2015 PM 3 L

Supreme Court Bldg, 201 w th st.
P.O. Box 12308
Austin, TX. 78701

78768230808